## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COUNTY OF ALLEGHENY | : | No. 147 WAL 2022 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| GREATER NORTHERN CAPITAL | : | |
| INVESTMENT GROUP, DEPARTMENT OF | : | |
| COURT RECORDS, CURRENT | : | |
| OCCUPANT/TENANT, COMMONWEALTH | : | |
| OF PENNSYLVANIA, MUNCIPALITY OF | : | |
| PENN HILLS, PENN HILLS SCHOOL | : | |
| DISTRICT, ALCOSAN, OAKMONT WATER, | : | |
| WILKINSBURG-PENN JOINT, SCW | : | |
| INVESTMENTS, INC., SOUTH | : | |
| ALLEGHENY SCHOOL DISTRICT, RAYCO | : | |
| SAUNDERS | : | |
| | : | |
| | : | |
| PETITION OF: RAYCO SAUNDERS | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 31st day of October, 2022, the Petition for Allowance of Appeal and Application for Stay are **DENIED**.